```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY                                     :
CARPENTERS RELIEF AND CHARITY FUND et al.,                        :
                                                                  :          24-CV-8787 (JMF)
                        Petitioners,                              :
                                                                  :          ORDER
        -v-                                                       :
                                                                  :
                                                                  :
RATTO CONSTRUCTION CO.,                                           :
                                                                  :
                        Respondent.                               :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On November 19, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners file and serve any additional materials with which they intend to support their petition to confirm by **December 12, 2024**. Respondent's opposition, if any, is due on **January 6, 2025**. Petitioners' reply, if any, is due **January 13, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **December 12, 2024**, and shall file an affidavit of such service with the court no later than **December 13, 2024**.

SO ORDERED.

Dated: November 21, 2024
       New York, New York
                                                 _____
                                                        JESSE M. FURMAN
                                                     United States District Judge