UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                             :

TRUSTEES OF THE NEW YORK CITY       :
CARPENTERS RELIEF AND CHARITY FUND et al.,  :

                Petitioners,      :       24-CV-8787 (JMF)
                               :

       -v-                   :       <u>ORDER</u>
                               :

RATTO CONSTRUCTION CO.,         :

                Respondent.      :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's December 11, 2024 Order, ECF No. 9, Respondent was required to file its opposition no later than February 3, 2025.  To date, Respondent has not done so.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 11, 2025**, and the deadline for Petitioners to reply is hereby EXTENDED to **February 18, 2025**.  If Respondent fails to file an opposition by the deadline, the Court will treat the Petition as unopposed.

       Petitioners are directed to promptly serve a copy of this order on Respondent and to file proof of such service by **February 6, 2025**.

       SO ORDERED.

Dated: February 4, 2025
      New York, New York                                  
                                          JESSE M. FURMAN
                                     United States District Judge