UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>              Petitioners,<br><br>-against-<br><br>RATTO CONSTRUCTION CO.,<br><br>              Respondent. | 24 CV 8787 (JMF)<br><br>**ORDER AND**<br>**JUDGMENT** |

Petitioners having filed a verified petition to confirm an arbitration award (the "Verified Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Verified Petition is granted, the January 31, 2024 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent Ratto Construction Co., as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $259,820.58, plus post hearing, pre-judgment interest from January 29, 2024, the date of the arbitration, at an annual rate of 9% totaling $24,472.96 _____ pursuant to the Award;

3. Awarding Petitioners $147.80 in costs arising out of this proceeding;

4. Awarding Petitioners $2,241 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York           By: _____
    February 14, 2025                    Hon. Jesse M. Furman, U.S.D.J.

All conferences are canceled. All motions are moot. The Clerk of Court is directed to close the case.